# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Victor Sanchez

                                        Plaintiff,

v.                                                                   Case No.: 1:21−cv−03349
                                                                  Honorable Joan B.
                                                                  Gottschall

Gold Standard Enterprises, Inc., d/b/a Binny's
Beverage Depot

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 1, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: Fairness hearing held by teleconferencing. For the reasons stated on the record, plaintiff's unopposed motion [35] for final approval of class action settlement, attorneys' fees, and incentive award is granted. Enter judgment. In accordance with the judgment, copies of settlement checks must be filed within 200 days (on or before 12/19/2022). Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.